Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Lori Reed

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| LORI REED,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>    Defendants. | Case No.: 2:17-CV-02508-MCE-EFB<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN, ONLY** |

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed *with prejudice* and each party shall bear its own attorneys' fees and costs. The case remains pending against Defendant Equifax, Inc.

IT IS SO ORDERED.

Dated: April 24, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE